UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 11-14005-TP-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JAMES SAWYER,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE SUPERSEDING PETITION FOR VIOLATION OF SUPERVISED RELEASE**

    **THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on August 18, 2011.

    **THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on August 31, 2011. A Report and Recommendation filed on August 31, 2011 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violation set forth in the Superseding Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of October, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Panayotta Agustin-Birch, AFPD